In the Matter of Proving the Last Will and Testament of MARY GLEASON, Deceased. JOHN GLEASON, Appellant; JESSIE Q. FARA, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

In the Matter of the Judicial Settlement of the Account of THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of JAMES A. DUFFY, Deceased. SOPHIA C. BRADY and HELEN E. BRADY, Appellants; THE FARMERS' LOAN AND TRUST COMPANY, as Substituted Trustee, etc., and Others, Respondents. — Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

VICTOR A. PICARD, Appellant, v. THOMAS SIMPSON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT PAUWELS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

H. S. KERBAUGH, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin and Shearn, JJ., dissented.

FANNIE ROSE, as Administratrix, etc., Respondent, v. HARRY BALFE, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Laughlin, J., dissented.

WALDORF-ASTORIA HOTEL COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant. WALDORF-ASTORIA SEGAR COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Clarke, P. J., and Dowling, J., dissented and voted for reversal and new trial on the ground that the finding that the city was negligent was against the weight of the evidence.